# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

LOUIS G. ADOLFSEN Δ
IGNATIUS JOHN MELITO
JOHN H. SOMOZA

STEVEN I. LEWBEL *
ROBERT D. ELY
PANTELIS D. GALLIS *
ADDISON GETTY

RANIA SHOUKIER
*OF COUNSEL*

* NJ BAR
Δ DC BAR

WOOLWORTH BUILDING
233 BROADWAY, STE. 2070
NEW YORK, N.Y. 10279-0118

TELEPHONE (212) 238-8900
FAX (212) 238-8999

MELITO & ADOLFSEN
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, N.J. 07311
TEL (201) 985-0011
FAX (201) 985-9656

February 9, 2026

**VIA ECF FILING**
Honorable Hon. Margaret M. Garnett, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007
E-mail: GarnettNYSDChambers@nysd.uscourts.gov

> Re:    **Travelers Property Casualty Company of America v. Hudson
> Excess Insurance Company; Hudson Excess Insurance
> Company v. Main Street America Assurance Company
> Civil Action No.: 1:23-cv-03249 (MMG)
> Our File No.: 835-872**

Dear District Judge Garnett:

Melito & Adolfsen P.C. ("M&A") represents defendant/third-party plaintiff Hudson Excess Insurance Company ("Hudson Excess") in the above captioned matter.

Hudson Excess writes the Court to report on certain developments as respects Hudson Excess' third-party lawsuit ("Third-Party Action") against third-party defendant Main Street America Assurance Company ("Main Street America").

To begin with, Hudson Excess and Main Street America have reached an agreement in principle to resolve the current remaining justiciable issue in the Third-Party Action. Specifically reimbursement of post tender defense costs Main Street owes to Hudson Excess referable to this Court's Opinion and Order entered on September 30, 2025. [Doc. Ent. 91].

Hudson Excess is preparing a settlement agreement and release specific to Main Street America. Hudson Excess, upon receiving payment from Main Street America, will discontinue the Third-Party Action without prejudice and/or seek a stay of the Third-Party Action as the remaining indemnity relief the subject of Hudson Excess' third-party complaint is not presently ripe for adjudication.

By this correspondence, Hudson Excess withdraws its motion presently pending against Main Street America to enter a money judgment on the post-tender defense costs. (Doc. Ent. 105). At the same time, Hudson Excess will not file a revised motion to seal with respect to the legal

Honorable Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
February 9, 2026
Page 2

invoices submitted in support of Hudson Excess' motion for a money judgment against Main Street America. In any event, Hudson Excess understands the Court intends to deny Hudson Excess' current pending motion to seal vis-à-vis Main Street America. [Doc. Ent. 99].

Hudson Excess respectfully requests thirty-days to fully consummate the settlement with Main Street America.

Very truly yours,

Steven I. Lewbel

SIL/tl

cc:    Ignatius John Melito, Esq.

USERY & ASSOCIATES (via ECF)
Post Office Box 2996
Hartford, Connecticut 06104-2996
-and-
485 Lexington Avenue, 6th Floor
New York, New York 10017
Telephone: (860) 957-4765
Fax: (844) 571-3789
E-mail: lcarducc@travelers.com
Attorneys for Plaintiff
Travelers Property Casualty
Company of America

GALLO VITUCCI KLAR LLP (via ECF)
90 Broad Street, Suite 1202
New York, New York 10004
E-mail: cmonahan@gvlaw.com
Telephone: (212) 683-7100
Fax: (212) 683-5555
Attorneys for Third-Party Defendant
Main Street America Assurance Company

The Court appreciates Hudson Excess and Main Street America's resolution of their dispute without the Court's intervention  Because Hudson Excess has withdrawn its motion for judgment (Dkt. No. 105), the Court DENIES the motion as moot and GRANTS the corresponding motion to seal (Dkt. No. 99) in order to protect attorney-client privilege. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 99 & 105.

SO ORDERED.  Dated February 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE