# USERY & ASSOCIATES

LOGAN A. CARDUCCI, ESQ.
Admitted in CT, MA, SDNY & EDNY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 860-277-3891
Email: LCARDUCC@TRAVELERS.COM

November 4, 2026

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

Re.: **Travelers Property Casualty Company of America v. Hudson Excess Insurance Company; Docket No. 1:23-cv-03249 (MMG)**

Dear Judge Garnett:

This firm represents plaintiff Travelers Property Casualty Company of America ("Travelers") in the above-captioned matter. Pursuant to Your Honor's September 18, 2026 Order and Your Honor's Individual Rule I(B)(1), Travelers respectfully wishes to advise the Court that Hudson not yet assumed the defense obligation for Schimenti Construction Company, LLC and 63 Madison Owner LLC as ordered by this Court. *See* Dkt. No. 91. Hudson did not assign the necessary additional insured adjusters or provide Travelers with the necessary claim file information until November 2, 2026. To that end, Travelers has continued to incur defense costs on behalf of these insureds subsequent to the December 22, 2025 Motion for Money Judgment. Dkt. No. 104-1. Travelers respectfully submits that subsequent inquests will be necessary and it is premature for this Court to enter judgment on the total amount of defense costs due and owing to Travelers. Accordingly, Travelers respectfully requests an additional thirty (30) day adjournment of the deadline to file the proposed judgment.

On September 30, 2025, this Court issued an Opinion and Order holding that defendant Hudson Excess Insurance Company ("Hudson") has a duty to defend Schimenti Construction Company, LLC ("Schimenti") and 63 Madison Owner LLC ("63 Madison") in connection with an underlying action entitled *Christian Fares v. Schimenti Construction Company, LLC, et al.*, pending in the Supreme Court of the State of New York, County of Queens, Index No. 716020/2021 (the "Underlying Action"). On December 22, 2025, Travelers submitted its Motion for Money Judgment seeking reimbursement of defense costs incurred to date and statutory interest. Travelers further advised the Court that Hudson had not yet assumed the ongoing defense of Schimenti or 63 Madison in the Underlying Action and, accordingly, Travelers sought leave for

subsequent inquests to secure judgment against Hudson for any defense costs Travelers continues to incur. *See* Dkt. No. 104-1 at 10-11.

On September 18, 2026, this Court issued an Opinion and Order granting Travelers' Motion for Money Judgment in its entirety and ordering that Travelers submit a proposed judgment setting forth the full amounts (including prejudgment interest) contemplated by this decision no later than October 2, 2026. On or about October 1, 2026, Travelers requested a thirty (30) day adjournment of this deadline, which this Court granted on October 7, 2026. *See* Dkt. No. 123.00. The current deadline for Travelers to file the proposed judgment is November 6, 2026. *Id.*

As set forth above, Travelers submits that, as of this date, Hudson has not yet taken over the defense of Schimenti and 63 Madison in the Underlying Action and has not set up direct billing with defense counsel for these insureds. In fact, Hudson did not assign the necessary additional insured adjusters or provide Travelers with the necessary claim file information until November 2, 2026. Accordingly, Travelers has continued to incur defense costs subsequent to its December 22, 2025 briefing and will continue to incur those costs until Hudson takes over the defense as ordered by this Court.

Based on the foregoing, Travelers respectfully requests that this Court adjourn the November 6, 2026 deadline for the proposed judgment for approximately thirty (30) days. This is the second request for an adjournment of this deadline.

Thank Your Honor for Your attention to this matter.

Very truly yours,

*/s/ Logan A. Carducci*

Logan A. Carducci

GRANTED. The deadline for Travelers to submit its proposed judgment is hereby EXTENDED to **December 4, 2026**. Moreover, Hudson is ORDERED to file a letter by **November 12, 2026,** explaining why they have not yet assumed the defense of the insureds in the underlying action, in clear defiance of this Court's Order at Dkt. No. 91, entered more than a year ago. After receiving that letter, the Court will consider whether briefing on sanctions is appropriate.

SO ORDERED. Dated November 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE